A CERTIFIED TRUE COPY

DEC 3 2003

FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 3 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 1487

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WORLDCOM, INC., SECURITIES & "ERISA" LITIGATION

*State of Oregon, et al. v. Salomon Smith Barney, Inc., et al.*, D. Oregon, C.A. No. 3:03-1320

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Oregon*) on November 24, 2003. The Panel has now been advised that *Oregon* was dismissed in the District of Oregon by the Honorable Michael W. Mosman in an order signed on December 1, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-16" filed on November 24, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 3, 2003

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield
U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Re:  MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

  *State of Oregon, et al. v. Salomon Smith Barney, Inc., et al.,* D. Oregon, C.A. No. 3:03-1320

Dear Mr. Cinnamond:

  I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

                              Very truly,

                              Michael J. Beck
                              Clerk of the Panel

                         By_____
                              Deputy Clerk

Enclosure

cc:    Transferee Judge:  Judge Denise Cote
       Transferor Judge:  Judge Michael W. Mosman

JPML Form 87